IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00272-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT WAYNE VIGIL,

    Defendant.

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce ROBERT WAYNE VIGIL, a.k.a. Robert Vigil, D.O.B. 1961, DOC No. 62270, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 19th day of September, 2008.

    _____
    UNITED STATES MAGISTRATE JUDGE
    UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO